**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7052**

_____

THEODORE J. WILLIAMS,

Plaintiff - Appellant,

versus

DEAN WALKER; RICKY ANDERSON; ROBERT GUY;
CAPTAIN JUSTICE; LIEUTENANT CARROLL; OFFICER
BYRD; CINDY HAYNES; NURSE CONDREY; SHEILA
TAYLOR, Nurse; ALICE LENNARD; DAVID BOBO,
Individually and in their official capacities,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-97-168-4-MU)

_____

Submitted: December 29, 2000      Decided: January 10, 2001

_____

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Theodore J. Williams, Appellant Pro Se. William McBlief, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theodore J. Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Walker, No. CA-97-168-4-MU (W.D.N.C. July 17, 2000). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED